1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| MANUEL MARTINEZ, ) | Case No. CV 11-0070-R (JEM) |
| ) | |
| Petitioner, ) | |
| ) | ORDER ADOPTING FINDINGS, |
| v. ) | CONCLUSIONS, AND |
| ) | RECOMMENDATIONS OF UNITED |
| J. OCHOA, Warden, ) | STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |
| _____ ) | |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment shall be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.


DATED:  February 24, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE