# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>J. OCHOA, Warden,<br><br>    Respondent. | Case No. CV 11-0070-R (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: February 24, 2011

                                                    MANUEL L. REAL
                                     UNITED STATES DISTRICT JUDGE